## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 2nd day of March, 2007, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS MAIL

Russell R. Johnson, III
2258 Wheatlands Drive
Manakin-Sabot, VA 23103

_____
Mary E. Augustine (No. 4477)

3